IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVE T MALU,

    Petitioner,

v.                                                 CASE NO. 1:04-cv-00356-MP-AK

CITY OF GAINESVILLE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report of Rule 26(f) Planning Meeting. The Court has reviewed the Report and hereby approves it. The Clerk is directed to set the appropriate deadlines therein.

**DONE AND ORDERED** this  5th  day of May, 2005

                                        *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge