IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVE T MALU,

    Plaintiff,

v.                                        CASE NO. 1:04-cv-00356-MP

CITY OF GAINESVILLE,
GABE KAIMOWITZ,

    Defendants.

_____/

## **O R D E R**

       This matter is before the Court on Doc. 84, Motion to Intervene and Doc. 85, Motion for Leave to Appear Pro Se, filed by Gabe Kaimowitz.  Fed. R. Civ. P. 24(b)(2) allows a person to intervene in an action "when an applicant's claim or defense and the main action have a question of law or fact in common."  However, "[i]n exercising its discretion the court shall consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties."  Here, Mr. Kaimowitz claims that, in the instant case,  Mr. Malu "in a complaint verified by him stated that he was a Nigerian who resides in the United States" while in reality Mr. Malu had stated in a prior proceeding involving Mr. Kaimowitz that Mr. Malu was a United States Citizen.  Mr. Kaimowitz seeks to intervene, "solely for the limited purpose of ascertaining whether as a matter of fact and/or law Plaintiff is a Nigerian or an African-American."

       As an initial matter, Mr. Kaimowitz  mischaracterizes Plaintiff's statement in the Complaint.  Mr. Kaimowitz implies that Mr. Malu claims in the Complaint that he is a Nigerian citizen.  Instead, Mr. Malu actually alleged, "The plaintiff was born in Nigeria and resides

permanently in the United States, and at all times relevant to this Complaint, is and was a resident of the City of Gainesville, Alachua County, Florida."  Simply put, Mr. Malu does not make any representation or implication regarding his citizenship.  Indeed the Plaintiff need not be a Nigerian citizen to make out a national origin claim.

Thus, the key issue that concerns Mr. Kaimowitz -- Plaintiff's citizenship -- is irrelevant to the instant action, and Mr. Kaimowitz' claim does not "have a question of law or fact in common" with Mr. Malu's claim.  Additionally, adjudicating Mr. Kaimowitz's claim would therefore unduly delay the adjudication of the rights of the original parties.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion for permissive intervention, doc. 84, and the motion to appear pro se, doc. 85, are denied.

**DONE AND ORDERED** this  *17th*   day of May, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge